# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1701
Lower Tribunal No. 2021-SC-061146-O

_____

VAYOLA OLIVER and FRANTZY JOSEPH,

Appellants,

v.

AQUA FINANCE, INC.,

Appellee.

_____

Appeal from the County Court for Orange County.
Evellen Jewett, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and BROWNLEE, JJ., concur.


Vayola Oliver and Frantzy Joseph, Orlando, pro se.

Robert J. Lindeman, of Marcadis Singer P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED